UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-02941-TLN-KJN

No. 2:23-cv-02942-TLN-KJN

No. 2:23-cv-02944-TLN-KJN

No. 2:23-cv-02952-TLN-KJN

No. 2:23-cv-02953-TLN-KJN

No. 2:23-cv-02954-TLN-KJN

No. 2:23-cv-02955-TLN-KJN

No. 2:23-cv-02956-TLN-KJN

No. 2:23-cv-02988-TLN-KJN

No. 2:24-cv-00027-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2  the Court to open a new case for each attempted new case pleading and assign it to the

3  undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court

4  determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case

5  will be ordered dismissed and closed.  (*Id.*)

6        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

8        Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02941, 2:23-cv-02942, 2:23-

9  cv-02944, 2:23-cv-02952, 2:23-cv-02953, 2:23-cv-02954, 2:23-cv-02955, 2:23-cv-02956, 2:23-

10  cv-02988 and 2:24-cv-00027 are hereby DISMISSED.  The Clerk of the Court is directed to close

11  these cases.  No further filings will be accepted.

12        IT IS SO ORDERED.

13     Dated:    January 18, 2024

16            Troy L. Nunley
17            United States District Judge

---

[1] Plaintiff erroneously names the Yuba County Superior Court in the caption of Case No. 2:23-cv-2941, the El Dorado County Superior Court in the caption of Case No. 2:23-cv-2944, the Calaveras County Superior Court in the caption of Case No. 2:23-cv-2954, and the Lassen County Superior Court in the caption of Case No. 2:24-cv-00027.  To the extent Plaintiff intended to file these complaints/petitions in the United States District Court for the Eastern District of California, the Court finds that the claims raised therein are related to his Alameda County criminal conviction and are therefore dismissed pursuant to the modified vexatious litigant Order.